**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leonard D. GRICE, Defendant– Appellant.**

**No. 14–11985**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Jan. 5, 2015.

Cherie Krigsman, Arthur Lee Bentley, III, Ashley Moody, U.S. Attorney's Office, Tampa, FL, John Matthew Guard, Russell C. Stoddard, Frank Merrill Talbot, II, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Lisa Call, James H. Burke, Jr., Maurice C. Grant, II, Sylvia Irvin, Federal Public Defender's Office, Jacksonville, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Leonard D. Grice, FCI Coleman Medium, Coleman, FL, for Defendant–Appellant.

Before JORDAN, JILL PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Lisa Call, appointed counsel for Leonard Grice in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the judgment revoking Grice's supervised release and his resulting sentence are **AFFIRMED.**